1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
ELIZABETH PALISOC AGNIR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PALISOC AGNIR,<br><br>                              Plaintiff,<br><br>      v.<br><br>THE GRYPHON SOLUTIONS, LLC, a<br>California limited liability company;<br>MICHAEL CHARLES BRKICH, individually<br>and in his official capacity; JAY MICHAEL<br>TENENBAUM, individually and in his official<br>capacity; IAN NATHAN WILLENS,<br>individually and in his official capacity,<br><br>                              Defendants. | Case No. 5:12-CV-04470-LHK-HRL<br><br>**STIPULATION TO AMEND BRIEFING<br>SCHEDULE AND [~~PROPOSED~~] ORDER**<br><br>[N.D. Cal. Civ. L.R. 6-2] |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.    On August 24, 2012, Plaintiff filed her Complaint (Doc. 1) in this case alleging

violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., and the Rosenthal Fair

Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq*.  Plaintiff's Complaint also seeks actual

damages, statutory damages, declaratory and injunctive relief, attorney fees, and costs pursuant to Cal.

Civil Code §§ 1798.92-1798.97.

2.    On September 24, 2012, Defendants filed their Motion to Dismiss for Failure to

State a Claim Upon Which Relief Can be Granted (Doc. 16).

3.   On September 25, 2012, Defendants filed their <u>Motion to Strike</u> (Doc. 17).

4.   Defendants motions are currently set for hearing on January 31, 2013, at 1:30 p.m. before the Honorable Lucy H. Koh.

5.   The parties request that the Court enter an order modifying the briefing schedule for Defendants' motions as follows:

   a.   Plaintiff's opposition briefs shall be filed on or before October 23, 2012.

   b.   Defendants' reply briefs shall be filed on or before November 6, 2012.

6.   The briefing schedule has not been previously modified.

7.   The modified briefing schedule will have no effect on the January 31, 2013, hearing date.

IT IS SO STIPULATED.

CONSUMER LAW CENTER, INC.

Dated:  October 9, 2012          By: /s/ Fred W. Schwinn
                                     Fred W. Schwinn, Esq.
                                     Attorney for Plaintiff
                                     ELIZABETH PALISOC AGNIR


PHOENIX LAW GROUP CORP.

Dated:  October 9, 2012          By: /s/ Ronald Roundy
                                     Ronald Roundy, Esq.
                                     Attorney for Defendants
                                     THE GRYPHON SOLUTIONS, LLC,
                                     MICHAEL CHARLES BRKICH,
                                     JAY MICHAEL TENENBAUM,
                                     and IAN NATHAN WILLENS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   10/15/2012          _____
                             The Honorable Lucy H. Koh
                             United States District Judge

- 2 -