Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
ELIZABETH PALISOC AGNIR

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ELIZABETH PALISOC AGNIR,<br><br>Plaintiff,<br>v.<br><br>THE GRYPHON SOLUTIONS, LLC, a California limited liability company; MICHAEL CHARLES BRKICH, individually and in his official capacity; JAY MICHAEL TENENBAUM, individually and in his official capacity; IAN NATHAN WILLENS, individually and in his official capacity,<br><br>Defendants. | Case No. 5:12-CV-04470-LHK-HRL<br><br>**STIPULATION TO AMEND BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>[N.D. Cal. Civ. L.R. 6-2] |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  On August 24, 2012, Plaintiff filed her Complaint (Doc. 1) in this case alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., and the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq*.  Plaintiff's Complaint also seeks actual damages, statutory damages, declaratory and injunctive relief, attorney fees, and costs pursuant to Cal. Civil Code §§ 1798.92-1798.97.

2.  On September 24, 2012, Defendants filed their Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted (Doc. 16).

- 1 -
STIPULATION TO AMEND BRIEFING SCHEDULE          Case No. 5:12-CV-04470-LHK-HRL

3.   On September 25, 2012, Defendants filed their <u>Motion to Strike</u> (Doc. 17).

4.   Defendants motions are currently set for hearing on January 31, 2013, at 1:30 p.m. before the Honorable Lucy H. Koh.

5.   The parties request that the Court enter an order modifying the briefing schedule for Defendants' motions as follows:

a.   Plaintiff's opposition briefs shall be filed on or before October 23, 2012.

b.   Defendants' reply briefs shall be filed on or before November 6, 2012.

6.   The briefing schedule has not been previously modified.

7.   The modified briefing schedule will have no effect on the January 31, 2013, hearing date.

IT IS SO STIPULATED.

CONSUMER LAW CENTER, INC.

Dated:  October 9, 2012                    By: /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
                                                Attorney for Plaintiff
                                                ELIZABETH PALISOC AGNIR


PHOENIX LAW GROUP CORP.

Dated:  October 9, 2012                    By: /s/ Ronald Roundy
                                                Ronald Roundy, Esq.
                                                Attorney for Defendants
                                                THE GRYPHON SOLUTIONS, LLC,
                                                MICHAEL CHARLES BRKICH,
                                                JAY MICHAEL TENENBAUM,
                                                and IAN NATHAN WILLENS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  10/15/2012                         _Lucy H. Koh_____
                                                The Honorable Lucy H. Koh
                                                United States District Judge

STIPULATION TO AMEND BRIEFING SCHEDULE          Case No. 5:12-CV-04470-LHK-HRL