1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   ELIZABETH PALISOC AGNIR
6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PALISOC AGNIR,<br><br>             Plaintiff,<br>   v.<br><br>THE GRYPHON SOLUTIONS, LLC, a California limited liability company; MICHAEL CHARLES BRKICH, individually and in his official capacity; JAY MICHAEL TENENBAUM, individually and in his official capacity; IAN NATHAN WILLENS, individually and in his official capacity,<br><br>             Defendants. | Case No. 5:12-CV-04470-LHK-HRL<br><br>**STIPULATION TO AMEND BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>[N.D. Cal. Civ. L.R. 6-2] |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. On August 24, 2012, Plaintiff filed her Complaint (Doc. 1) in this case alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., and the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 et seq.  Plaintiff's Complaint also seeks actual damages, statutory damages, declaratory and injunctive relief, attorney fees, and costs pursuant to Cal. Civil Code §§ 1798.92-1798.97.

2. On September 24, 2012, Defendants filed their Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted (Doc. 16).

3. On September 25, 2012, Defendants filed their <u>Motion to Strike</u> (Doc. 17).

4. Plaintiff filed her Opposition to the Motion to Dismiss (Doc. 26) and Opposition to the Motion to Strike (Doc. 27) on October 22, 2012.

5. Thereafter, On February 1, 2013, Defendants engaged their current counsel. (Docs. 34 and 35).

6. On February 20, 2013, the parties filed a <u>Stipulation and Order Granting Leave to File First Amended Complaint and Withdrawing Defendants' Motion to Dismiss and Motion to Strike</u> (Doc. 36).

7. Thereafter, on March 4, 2013, Plaintiff filed her <u>First Amended Complaint</u> (Doc. 40).

8. On March 18, 2013, Defendants filed their <u>Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted</u> (Doc. 43) and a Motion to Strike Pursuant to FRCP 12(b), FRCP 12(f) and CCP § 425.16.

9. Defendants motions are currently set for hearing on July 18, 2013, at 1:30 p.m. before the Honorable Lucy H. Koh (Doc. 45).

10. The parties request that the Court enter an order modifying the briefing schedule for Defendants' motions as follows:

    a. Plaintiff's opposition briefs shall be filed on or before May 10, 2013.

    b. Defendants' reply briefs shall be filed on or before May 31, 2013.

11. The briefing schedule has not been previously modified.

12. The modified briefing schedule will have no effect on the July 18, 2013, hearing date.

/ / /

1  IT IS SO STIPULATED.

2                                                        CONSUMER LAW CENTER, INC.

4  Dated: March 21, 2013                                 By: /s/ Fred W. Schwinn
                                                             Fred W. Schwinn, Esq.
5                                                            Attorney for Plaintiff
                                                             ELIZABETH PALISOC AGNIR

7
                                                         COLEMAN & HOROWITT, LLP
8

9  Dated: March 21, 2013                                 By: /s/ Keith M. White
10                                                           Keith M. White, Esq.
                                                             Attorney for Defendants
11                                                           THE GRYPHON SOLUTIONS, LLC,
                                                             MICHAEL CHARLES BRKICH,
12                                                           JAY MICHAEL TENENBAUM,
13                                                           and IAN NATHAN WILLENS

15   PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  Dated: March 22, 2013                                _____
17                                                       The Honorable Lucy H. Koh
                                                         United States District Judge