# Exhibit "F"

| | |
|---|---|
| 1 | Shedrick O. Davis III, SB. 129924 |
| 2 | J. Robert Force, SBN 154778 |
|   | Arthur W. Shwachman, SBN 214664 |
| 3 | JPMorgan Chase Legal Department |
|   | 300 S. Grand Avenue - 4th Floor |
| 4 | Los Angeles, CA 90071 |
| 5 | Telephone: 213-621-8325 |
| 6 | Attorney for Plaintiff |
|   | Chase Bank USA, N.A. |

ORIGINAL

FILED

2006 MAY -2 P 3: 45

KIRI TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY:
DEPUTY CLERK
**Sara Batrez**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

SANTA CLARA, LIMITED- CIVIL

| | | |
|---|---|---|
| Chase Bank USA, N.A., a corporation, | ) | CASE NO. 105CV054805 |
| Plaintiff, | ) | |
| | ) | DECLARATION RE: LOST |
| vs. | ) | ORIGINAL CONTRACT AND |
| | ) | WAIVER OF EXCESS INTEREST |
| Elizabeth P Diamos | ) | DEPT: |
| Defendant(s). | ) | JUDGE: |

I declare that the following is true and correct, and if called as a witness, I could competently testify to the matters hereinafter set forth which are within my personal knowledge:

1.    I am an officer of Plaintiff Chase Bank USA, N.A., a corporation (hereinafter Chase Bank USA, N.A.). In connection with my employment with Chase Bank USA, N.A., I have become thoroughly familiar with the manner and method in which Chase Bank USA, N.A. maintains its normal business books and records in regard to the persons purchasing goods and services utilizing Chase Bank USA, N.A. plastic credit cards.

---
DECLARATION RE: LOST ORIGINAL CONTRACT AND WAIVER OF EXCESS INTEREST

1

2. Plaintiff waives all interest in excess of the legal rate of interest, currently set at ten percent (10%) per annum. All interest calculations in Plaintiff's REQUEST FOR ENTRY OF DEFAULT and JUDGMENT BY DEFAULT are at the legal rate with excess interest waived.

3. Defendant(s) applied for and received the credit card(s) which is the subject of this action. Despite diligent search, Plaintiff is unable to locate the original or a photocopy of the Defendant(s)'s account(s) application(s). However, it is the habit and custom of the Plaintiff to issue a Chase Bank USA, N.A. credit card only upon its receipt in advance of an executed application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 13 Apr, 2006 at San Antonio, TX.

_____
JACQUELINE GALINDO
Chase Bank USA, N.A.
Assistant Treasurer

---
DECLARATION RE: LOST ORIGINAL CONTRACT AND WAIVER OF EXCESS INTEREST
2