UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PALISOC AGNIR, ) | Case No.: 12-CV-04470-LHK |
| ) | |
| Plaintiffs, ) | |
| v. ) | ORDER DISMISSING CASE WITH |
| ) | PREJUDICE |
| THE GRYPHON SOLUTIONS, LLC a ) | |
| California Limited Liability Company; ) | |
| MICHAEL CHARLES BRKICH, individually ) | |
| and in his official capacity; JAY MICHAEL ) | |
| TENENBAUM, individually and in his official ) | |
| capacity; IAN NATHAN WILLENS, ) | |
| individually and in his official capacity, ) | |
| ) | |
| Defendants. ) | |

The Court granted Defendants' motion to dismiss Agnir's complaint in its entirety. ECF No. 66. In that Order, the Court held, "Should Agnir elect to file an amended complaint curing the deficiencies discussed herein with respect to the second and third causes of action, she shall do so within 30 days of the date of this Order. Failure to meet the 30-day deadline to file an amended complaint or failure to cure deficiencies identified in this Order will result in a dismissal with prejudice." *Id.* at 29. Agnir has failed to file an amended complaint within the 30-day deadline. Accordingly, the Court dismisses Agnir's complaint with prejudice. The Clerk shall close the case file.

**IT IS SO ORDERED.**

1

Case No.: 12-CV-04470-LHK
ORDER DISMISSING CASE WITH PREJUDICE

Dated: November 15, 2013

_____
LUCY H. KOH
United States District Judge