UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PALISOC AGNIR, | ) Case No.: 12-CV-04470-LHK |
| Plaintiffs, | ) |
| v. | ) ORDER TO WITHDRAW MOTION |
| THE GRYPHON SOLUTIONS, LLC a California Limited Liability Company; MICHAEL CHARLES BRKICH, individually and in his official capacity; JAY MICHAEL TENENBAUM, individually and in his official capacity; IAN NATHAN WILLENS, individually and in his official capacity, | ) |
| Defendants. | ) |

Pursuant to the parties' informal notice of settlement, Defendants shall withdraw their motion for attorney's fees by March 26, 2014 at 12 p.m.

**IT IS SO ORDERED.**

Dated: March 24, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge